**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Bernard GIBSON, Sr., a/k/a Bernard Willis, Defendant-Appellant.**

**No. 17-6537**

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Bernard Gibson, Sr., Appellant Pro Se. Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Gibson, Sr., appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the Sentencing Guidelines. We have reviewed the record and agree that Gibson was not entitled to relief under Amendment 782. Accordingly, we affirm the district court's judgment. *See United States v. Gibson*, No. 8:94-cr-00454-PJM-2, 2017 WL 1301514 (D. Md. Apr. 7, 2017). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*